**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-15-00380-CR**

_____

**MELISSA MARIE SULLEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 221st District Court**
**Montgomery County, Texas**
**Trial Cause No. 11-03-03303-CR**

**MEMORANDUM OPINION**

Melissa Marie Sulley has filed a motion to dismiss her appeal. *See* Tex. R. App. P. 42.2. A request to dismiss the appeal is signed by appellant personally and joined by counsel of record. No opinion has been issued in this appeal. The motion is granted, and the appeal, therefore, is dismissed.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on October 13, 2015
Opinion Delivered October 14, 2015
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.

2